# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2118
Lower Tribunal No. 2019-CA-002693-O

_____

OLA KAMAR,

Appellant,

v.

THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Mark J. Berkowitz, of Mark J. Berkowitz, P.A., Ft. Lauderdale, for Appellant.

Erin J. O'Leary and Jeffrey S. Weiss, of Garganese, Weiss, D'Agresta & Salzman, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED